**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FILED
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____

GAULE, et al.   v.   MEADE, et al.

DATE:  December 2, 2005   CASE NO.  A05-0020 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS RE STATUS**

---

Plaintiff shall have until the close of business on **Tuesday, January 3, 2006,** to notify the Court if there are any further issues to be addressed by the Court in this matter and, if so, to set forth a proposed briefing schedule.

PD 12-6-05

A05-0020--CV (RRB)
--------------------------------------------------
T. KNUTSON
D. DUNSMORE (AUSA)
T. BERWICK

M.O. RE STATUS

51