FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 1: 45

Teresa A. Berwick
Alaska Bar No. 0111059
TRUSTEES FOR ALASKA
1026 West Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
Email: tberwick@trustees.org

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GAULE; ANN GAULE; RICHARD SMERIGLIO; MICHAEL COONEY; IVA COONEY; ALASKA QUIET RIGHTS COALITION; THE WILDERNESS SOCIETY; SIERRA CLUB; and ALASKA CENTER FOR THE ENVIRONMENT,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH MEADE, Forest Supervisor for the Chugach National Forest; JAMES FINCHER, Glacier District Ranger; DEBORA COOPER, Seward District Ranger; and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No. A05-0020 CV (RRB)<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to the dismissal with prejudice of the Second, Fourth, Sixth, and Seventh Claims set forth in the First Amended Complaint. The parties further stipulate that, with respect to the four claims listed above, each party shall bear its own costs and fees incurred solely with respect to such claims.

The Court has entered an Order Denying Motion for Partial Summary Judgment (Docket Entry No. 50) on the First, Third, and Fifth Claims set forth in the First Amended Complaint. Because this is an administrative record case, the parties agree that the Court's Order constitutes a final ruling on these claims. Therefore, the parties agree that this action is now ready for entry of a final judgment. The [Proposed] Judgment submitted herewith is acceptable to each of the parties.

DATED:    December 9, 2005

Attorney for Plaintiffs

*/s/ Teresa A. Berwick*
Teresa A. Berwick
Trustees for Alaska
1026 West Fourth Avenue, Suite 201
Anchorage, AK 99501

Attorney for Defendants

*/s/ Dean K. Dunsmore*
Dean K. Dunsmore
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501

Attorney for Intervenor

Tracey L. Knutson
Knutson & Associates
PO Box 1026
Girdwood, AK 99587

Attorney for Plaintiffs          _____
                                 Teresa A. Berwick
                                 Trustees for Alaska
                                 1026 West Fourth Avenue, Suite 201
                                 Anchorage, AK 99501


Attorney for Defendants          _____
                                 Dean K. Dunsmore
                                 U.S. Department of Justice
                                 Environment & Natural Resources Division
                                 801 B Street, Suite 504
                                 Anchorage, AK 99501


Attorney for Intervenor          _____/s/ Tracey Knutson_____
                                 Tracey L. Knutson
                                 Knutson & Associates
                                 PO Box 1026
                                 Girdwood, AK 99587


## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GAULE; ANN GAULE; RICHARD SMERIGLIO; MICHAEL COONEY; IVA COONEY; ALASKA QUIET RIGHTS COALITION; THE WILDERNESS SOCIETY; SIERRA CLUB; and ALASKA CENTER FOR THE ENVIRONMENT,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>JOSEPH MEADE, Forest Supervisor for the Chugach National Forest; JAMES FINCHER, Glacier District Ranger; DEBORA COOPER, Seward District Ranger; and UNITED STATES FOREST SERVICE,<br><br>　　　　　　　　　　　　Defendants. | Case No.　A05-0020 CV (RRB)<br><br>[PROPOSED] JUDGMENT IN A CIVIL ACTION |

CERTIFICATE OF SERVICE:

I hereby certify that, on December 12, 2005, I caused true and correct copies of the Stipulation of Dismissal and [Proposed] Judgment in a Civil Action to be served on:

Counsel for Defendants:

Dean Dunsmore
Assistant U.S. Attorney
Federal Building
801 B Street, Suite 504
Anchorage, AK 99501
Fax: 907-271-3224

Counsel for CPG:

Tracey Knutson
Knutson & Associates
PO Box 1026
Girdwood, AK 99587
Fax: 907-783-2028

via U.S. Mail.

Ben Weaver
Legal Assistant
TRUSTEES FOR ALASKA
1026 West Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244