UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LODGED
FILED
DEC 12 2005

FILED
DEC 14 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ PO

| | |
|---|---|
| JOHN GAULE; ANN GAULE; RICHARD SMERIGLIO; MICHAEL COONEY; IVA COONEY; ALASKA QUIET RIGHTS COALITION; THE WILDERNESS SOCIETY; SIERRA CLUB; and ALASKA CENTER FOR THE ENVIRONMENT,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH MEADE, Forest Supervisor for the Chugach National Forest; JAMES FINCHER, Glacier District Ranger; DEBORA COOPER, Seward District Ranger; and UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No.  A05-0020 CV (RRB)<br><br>[PROPOSED] JUDGMENT IN A CIVIL ACTION |

This action came on hearing before the Court on plaintiffs' motion for partial summary judgment on plaintiffs' First, Third, and Fifth Claims as set forth in the First Amended Complaint, and a decision was entered on that motion in favor of defendants. The parties have since stipulated to the dismissal with prejudice of plaintiffs' Second, Fourth, Sixth, and Seventh Claims. Therefore,

IT IS ORDERED AND ADJUDGED that plaintiffs' Second, Fourth, Sixth, and Seventh Claims as set forth in the First Amended Complaint are dismissed with prejudice, with the parties to bear their own costs and fees incurred solely with respect to such claims, and final judgment is entered in favor of defendants on plaintiffs' First, Third, and Fifth Claims.

APPROVED: 12/13 , 2005.

_____
Ralph R. Beistline
United States District Judge

PD 12-14-05

A05-0020--CV (RRB)   OJ 11921

T. KNUTSON
D. DUNSMORE (AUSA)
T. BERWICK

53