UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

~AMENDED~ TRANSCRIPT DESIGNATION FORM

RECEIVED
JAN 12 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals # 05-36190    U.S. District Court # CV-05-00020-RRB
Short Case Title  Gaule v. Meade
Date Notice of Appeal Filed by Clerk of District Court  12/16/05

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 3/23/05 | Oral Arg. on Intervention & Prelim. Injunction | OTHER |

(Attach Additional Page for Designations if Necessary)

[X] As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. **I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)**.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  1/12/06       Estimated Date for Completion _____
Signature of Attorney _____ Phone Number 907-276-4244 x107
Address 1026 West 4th Ave, Suite 201
        Anchorage, AK 99507

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
    (Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)

CERTIFICATE OF SERVICE:

I hereby certify that, on January 12, 2006, I caused true and correct copies of the following:

- Amended Transcript Designation Form and Transcript Order Form

to be served on:

Counsel for Defendants-Appellees:

David C. Shilton
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 23795
Washington, DC 20026-3795

Counsel for Intervenor-Appellee:

Tracey Knutson
Knutson & Associates
PO Box 1026
Girdwood, AK 99587

via U.S. Mail.

Ben Weaver
Paralegal
TRUSTEES FOR ALASKA
1026 West Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244