| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| Read Instructions on Back: | TRANSCRIPT ORDER | | |

| 1. NAME Teresa Berwick | 2. PHONE NUMBER 907-276-4244 x107 | 3. DATE 1/12/06 |
|---|---|---|

| 4. MAILING ADDRESS 1026 West 4th Ave, Suite 201 | 5. CITY Anchorage | 6. STATE AK | 7. ZIP CODE 99501 |
|---|---|---|---|

| 8. CASE NUMBER CV-05-00020 | 9. JUDICIAL OFFICIAL RRB | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 2/1/05 | 11. TO 12/13/05 |

| 12. CASE NAME Gaulke v. Meade | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Anchorage | 14. STATE AK |

### 15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

### 16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [X] BAIL HEARING | 3/23/05 Oral Argument on Mot. to Intervene & Preliminary Injunction | | |

### 17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES 2 | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE  *[signature]* | ESTIMATE TOTAL | |
|---|---|---|
| | PROCESSED BY | |
| 19. DATE  1/12/06 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY