UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __August 9, 2006__

To: United States Court of Appeals     ATTN: (xxx) CIVIL
    For the Ninth Circuit
    Office of the Clerk                          () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103         ()JUDGE

From: Shari Fuhrer
     U.S. District Court
     222 West 7th Avenue , #4
     Anchorage, Alaska 99513


DC No: __3:05-cv-00020 -RRB__         Appeal No: __05-36190__

Short title: __Gaule v Meade__

Composition of Record

Clerk's Files in _____ volumes    () original    () certified copy

    Bulky docs. __1__ expando, docket # __hard copies of FEIS, ROD, Decision, Supplemental information, special use permit and letter filed with external hard drive__
    __1 external hard drive containing admin record__
                               (folders)

Reporter's in _____ volumes    () original    ()certified copy
Transcripts

Exhibits:    in _____ envelopes    () under seal

         in _____ boxes    () under seal

Other: **NOTE: Documents 55-57 are electronic and available through PACER (certified copy of ACMS and ECF dockets enclosed)**


Acknowledgement:_____ Date:_____
"record.app" [11/21/97]