UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED ORIGINAL

SEP 1 3 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

SEP 1 8 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| JOHN GAULE; ANN GAULE; RICHARD SMERIGLIO; MICHAEL COONEY; IVA COONEY; ALASKA QUIET RIGHTS COALITION; THE WILDERNESS SOCIETY; SIERRA CLUB; ALASKA CENTER FOR THE ENVIRONMENT,<br><br>Plaintiffs - Appellants,<br><br>CHUGACH ADVENTURE GUIDES, LLC, doing business as CHUGACH POWDER GUIDES,<br><br>Intervenor - Appellee,<br><br>V.<br><br>JOSEPH MEADE, Forest Supervisor for the Chugach National Forest; JAMES FINCHER, Glacier District Ranger; DEBORA COOPER, Seward District Ranger; UNITED STATES FOREST SERVICE,<br><br>Defendants - Appellees. | No. 05-36190<br><br>D.C. No. CV-05-00020-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: SCHROEDER, Chief Judge, KLEINFELD and BEA, Circuit Judges.

Pursuant to stipulation of parties for dismissal of this appeal, this matter is DISMISSED with each party to bear its own costs. A certified copy of this order

sent to the District Court shall act as and for the mandate of this court since it is a dismissal pursuant to Fed. R. App. 42(b).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 13 2006

by: /s/
Deputy Clerk