DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GAULE; ANN GAULE; RICHARD SIMMERIGLIO; MICHAEL COONEY; IVA COONEY; ALASKA QUIET RIGHTS COALITION; THE WILDERNESS SOCIETY; and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH MEADE, Forest Supervisor for the Chugach National Forest; JAMES FINCHER, Glacier District Ranger; DEBORA COOPER, Seward District Ranger; and UNITED STATES FOREST SERVICE, <br><br> Defendants. | CASE NO. 3:05-CV-0020 (RRB) <br><br><br><br><br><br><br><br><br> MOTION FOR RETURN OF ADMINISTRATIVE RECORD ON EXTERNAL HARD DRIVE |

Defendants request the return of the Administrative Record that was filed with the court on an external hard drive. This hard drive was lodged with the court on May 9, 2005 with a Notice of Lodging of Administrative Record in Electronic Form, (Docket Entry No. 25). This case is now fully concluded. See Docket Entry

Gaule, et al. v. Meade, et al.
3:05-cv-0020 (RRB)                  -1-

No. 60.

   DATED this 18th day of April, 2007, at Anchorage, Alaska.

                              s/ Dean K. Dunsmore
                              DEAN K. DUNSMORE
                              U.S. Department of Justice
                              Environment & Natural Resources
                              Division
                              801 B Street, Suite 504
                              Anchorage, Alaska  99501-3657
                              Telephone:(907) 271-5452
                              Facsimile:(907) 271-5827
                              Email: dean.dunsmore@usdoj.gov

                              Attorney for Federal Defendant


                       CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 18th day of April, 2007 a copy of the foregoing Motion for Return of Administrative Record along with a Proposed Order were served electronically to:

Teresa A. Berwick
Tracy Knutson

s/ Dean K. Dunsmore
DEAN K. DUNSMORE