```
DEAN K. DUNSMORE
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov
```

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GAULE; ANN GAULE; RICHARD SIMMERIGLIO; MICHAEL COONEY; IVA COONEY; ALASKA QUIET RIGHTS COALITION; THE WILDERNESS SOCIETY; and SIERRA CLUB,<br><br>        Plaintiffs,<br><br>  v.<br><br>JOSEPH MEADE, Forest Supervisor for the Chugach National Forest; JAMES FINCHER, Glacier District Ranger; DEBORA COOPER, Seward District Ranger; and UNITED STATES FOREST SERVICE,<br><br>        Defendants. | CASE NO. 3:05-CV-0020 (RRB)<br><br>(PROPOSED) ORDER |

IT IS HEREBY ORDERED that the Administrative Record filed on an external hard drive lodged with the court on May 9, 2005, be returned to defendants.

Dated: _____    _____
                                         JUDGE RALPH R. BEISTLINE
                                         United States District Judge