Victoria Clark (Alaska Bar No. 0401001)
TRUSTEES FOR ALASKA
1026 W. 4th Ave., Ste. 201
Anchorage, Alaska 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
Email: vclark@trustees.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JOHN GAULE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH MEADE, Forest Supervisor for the Chugach National Forest, *et al.*, <br><br> Defendants, <br><br> and CHUGACH POWDER GUIDES, <br><br> Intervenor-Defendant. | Case No.   3:05-cv-0020 RRB <br><br> **UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF PLAINTIFFS' COUNSEL** |

Pursuant to District Court of Alaska Local Rule 11.1(c), Plaintiffs hereby move for withdrawal of attorney, Teresa Berwick, who is no longer employed with Trustees for Alaska, and substitution of attorney, Victoria Clark, with Trustees for Alaska, as counsel for Plaintiffs in this case.  Counsel for Plaintiffs has contacted Dean Dunsmore, Counsel for the Government, and Tracey Knutson, Counsel for Chugach Powder Guides, and both have agreed that this motion is unopposed.

While this case is now fully concluded (*See* Docket No. 60), Plaintiffs request that any further pleadings, notices, and other papers regarding this case be served on:

Victoria Clark
TRUSTEES FOR ALASKA
1026 W. 4th Ave., Ste. 201
Anchorage, Alaska 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
Email: vclark@trustees.org

Dated: May 2, 2007                          Respectfully submitted,

_s/Victoria Clark_
Victoria Clark (Alaska Bar No. 0401001)
TRUSTEES FOR ALASKA
1026 W. 4th Ave., Ste. 201
Anchorage, Alaska 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
Email: vclark@trustees.org

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2007, a copy of the foregoing UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF PLAINTIFFS' COUNSEL, and Proposed Order were served electronically to:

Dean K. Dunsmore
Tracey Knutson

_s/Victoria Clark_
Victoria Clark