## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GAULE; ANN GAULE, *et al.*, | ) |
| Plaintiffs, | ) Case No.   3:05-cv-0020 RRB |
| vs. | ) |
| JOSEPH MEADE, Forest Supervisor for the Chugach National Forest, *et al.*, | ) **[PROPOSED] ORDER** |
| Defendants, | ) |
| and CHUGACH POWDER GUIDES, | ) |
| Intervenor-Defendant. | ) |

    Plaintiffs' Motion for Withdrawal of Attorney, Teresa Berwick, and Substitution of Attorney, Victoria Clark, as counsel for Plaintiffs is GRANTED.

    It is hereby ORDERED.

    DATED: _____, 2007.

                                                      Honorable Ralph R. Beistline
                                                      United States District Judge