UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GAULE; ANN GAULE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH MEADE, Forest Supervisor for the ) <br> Chugach National Forest, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and CHUGACH POWDER GUIDES, ) <br> ) <br> Intervenor-Defendant. ) <br> ) | Case No.   3:05-cv-0020 RRB <br><br> [~~PROPOSED~~] ORDER |

Plaintiffs' Motion for Withdrawal of Attorney, Teresa Berwick, and Substitution of Attorney, Victoria Clark, as counsel for Plaintiffs is GRANTED.

It is hereby ORDERED.

DATED: *May 3*, 2007.

*S/RRB*
Honorable Ralph R. Beistline
United States District Judge

[~~Proposed~~] Order